

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00438-CV

Darrell J. **BRITSCH**,
Appellant

v.

Cindy L. **BRITSCH**,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 12635B
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF PROSECUTION. Costs of appeal are assessed against appellant.

SIGNED November 20, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice